IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT EARL ALEXANDER,

    Plaintiff,

v.

PAUL SUMNITCH, BELINDA SCHRUBBE,
TODD CALLISTER, NEVIN WEBSTER,
MICHAEL THURMAN, DON STRAHOTA,
SGT. WENSEL, CAPT. MURASKI,
LT. BAUER, CAPT. CORE, C.O. YUNTO,
SGT. LIND, C.O. MIERZEKOWSKI, MARY
GORSKI, LT. GREFF, CAPTAIN GEMPLER,
SGT. KNAPP, C.O. ROLLINS and
MARIE SVEC,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-153-slc

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying leave to proceed and dismissing Michael Thurman, Todd Callister, Nevin Webster, Don Strahota, Sgt. Wensel, Capt. Muraski, Lt. Bauer, Capt. Core, C.O. Yunto, Sgt. Lind, C.O. Mierzekowski, Mary Gorski, Lt. Greff, Captain Gempler, Sgt. Knapp, C.O. Rollins and Marie Svec; and

(2) granting summary judgment in favor of Paul Sumnitch and Belinda Schrubbe and dismissing this case for plaintiff's failure to exhaust his administrative

remedies.

_____Peter Oppeneer_____    _____5/30/12_____
Peter Oppeneer, Clerk of Court                Date